_____

No. 95-2696
_____

UNITED STATES                          *
                                       *
              Appellant,               *
                                       *
    v.                                 *    Appeal from the United States
                                       *    District Court for the Eastern
                                       *         District of Missouri
THOMAS RAYMOND HENSON          *
                                       *
              Appellee.                *              [UNPUBLISHED]


_____

Submitted:  December 12, 1995

Filed:  April 25, 1996
_____


Before MAGILL, GOODWIN*, and MURPHY, Circuit Judges.

PER CURIAM


     Thomas Raymond Henson appeals his conviction and sentence for illegal
firearm violations of 18 U.S.C. §§ 922 (a) (6) and 924 (a) (1) (B); 922 (g)
(1) and 924 (a) (2).  His principal defense was a motion to suppress the
firearm found in a search of his house.  He contended that his consent to
search his house was coerced, and he attempted to withdraw it.  The trial
court[1] made careful and

_____

     *      The HONORABLE ALFRED T. GOODWIN, United States Senior
     Circuit Judge for the Ninth Circuit, sitting by
     designation.

1    The Honorable Catherine D. Perry, United States District
Judge for the Eastern District of Missouri.

complete findings of fact, which we have carefully reviewed, and find them to be free from error.  The court correctly applied the applicable legal principles, to the motion to suppress evidence, to the trial, and to the objections to the sentence imposed under the relevant guidelines. Accordingly, the judgment is affirmed pursuant to Eighth Circuit Rule 47 (B).

AFFIRMED

A true copy.

Attest:

CLERK U.S. COURT OF APPEALS, EIGHTH CIRCUIT.